UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     v.                 **PRE-PUBLICATION ORDER**
                        03-CR-82S

MICHEL MOUFARREGE
a/k/a MICHAEL MOUFARREGE,

        Defendant.

  This Court's Decision and Order filed on February 22, 2005 (Docket No. 34) shall be edited for publication as follows:

Page 1  caption - delete "03-CV-82S" and insert "03-CR-82S" in its place

Page 1  line 10 - delete "indictment" and insert "Indictment" in its place

Page 2  line 7 - delete "indictment" and insert "Indictment" in its place

  The edited text is appended hereto.

  SO ORDERED

Dated:  May 10, 2005
     Buffalo, New York

                   /s/William M. Skretny
                   WILLIAM M. SKRETNY
                 United States District Judge